

# Fourth Court of Appeals
## San Antonio, Texas

May 19, 2015

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

# O R D E R

The State's brief was originally due to be filed with this court on March 13, 2015. On May 18, 2015, the State filed its third motion for extension of time to file its brief. It requested a seven-day extension. The State's motion is GRANTED. The State's brief must be filed with this court not later than May 26, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court